| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2017 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Engelmayer, Paul A. | 2. Court or Organization U.S. District Court, Southern District of New York | 3. Date of Report 01/25/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge | 5a. Report Type (check appropriate type) ☐ Nomination    Date ☐ Initial   ☑ Annual   ☐ Final  Date | 6. Reporting Period 01/01/2017 to 12/31/2017 |
| | 5b. ☑ Amended Report | |

**7. Chambers or Office Address**

Thurgood Marshall United States Courthouse
40 Centre Street
New York, NY
10007

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1 |
| 2. | Trustee | Trust #2 |
| 3. | Trustee | Trust #3 |
| 4. | Co-Executor | Estate #2 |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Engelmayer, Paul A. | 01/25/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2017 | Library of America, consultant pay |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Harvard Law School | 01/16/17-01/20-17 | Cambridge, MA | Instructor, Trial Advocacy Workshop | Transportation, Meals and Lodging |
| 2. | Second Circuit Judicial Conference | 06/08/17-06/09/17 | New Paltz, NY | Attendee | Transportation, Meals and Lodging |
| 3. | Harvard Law School | 10/02/17 - 10/04/17 | Cambridge, MA | Guest Speaker | Transportation, Meals and Lodging |
| 4. | Judicial Panel on Multi District Litigation | 10/30/17 - 11/02/17 | West Palm Beach, Florida | Attendee | Transportation, Meals and Lodging |
| 5. | Harvard Law Review | 12/01/17 | Cambridge, MA | Trustees | Transportation, Meals and Lodging |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Engelmayer, Paul A. | 01/25/2019 |

| 6. | Bankruptcy Committee of the Judicial Conference | 12/06/17 - 12/08/17 | Washington, D.C. | Participant | Transportation, Meals and Lodging |
|---|---|---|---|---|---|

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Engelmayer, Paul A. | 01/25/2019 |

| Name of Person Reporting | Date of Report |
|---|---|
| Engelmayer, Paul A. | 01/25/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Engelmayer, Paul A. | 01/25/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  Brokerage #1 (H) | | | | | | | | | |
| 2.  Aberdeen Emerging Markets Instl | A | Int./Div. | J | T | | | | | |
| 3.  Alerian MLP ETF | | None | N | T | Buy | 12/18/17 | N | | |
| 4.  Coho Relative Value Eqty Fd Instl | E | Int./Div. | O | T | | | | | |
| 5.  Eaton Vance Structured Emerging Markets I | D | Int./Div. | N | T | | | | | |
| 6.  First Eagle Global Inst CL I | D | Int./Div. | M | T | | | | | |
| 7.  FPA Crescent | D | Int./Div. | N | T | | | | | |
| 8.  iShares MSCI Emerging Market Index Fund | B | Int./Div. | L | T | | | | | |
| 9.  Salient MLP & Energy Infrastructure I | D | Int./Div. | J | T | Buy | 05/31/17 | N | | |
| 10. | | | | | Buy (add'l) | 06/01/17 | K | | |
| 11. | | | | | Sold (part) | 12/18/17 | N | A | |
| 12. Schwab NY AMT Tax-Free Money Fund | A | Int./Div. | J | T | | | | | |
| 13. WCM Focused International Growth Instl | A | Int./Div. | M | T | | | | | |
| 14. Energy Select Sector SPDR | | None | | | Sold (part) | 02/09/17 | K | A | |
| 15. | | | | | Sold | 05/31/17 | N | A | |
| 16. Prudential Jennison Natural Resources Fund Cl Z | | None | | | Sold | 05/31/17 | M | A | |
| 17. Brokerage #2 (H) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Engelmayer, Paul A. | 01/25/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Schwab NY AMT Tax-Free Money Fund | B | Int./Div. | N | T | | | | | |
| 19. Brokerage #4 (H) | | | | | | | | | |
| 20. Alerian MLP ETF | | None | L | T | Buy | 12/18/17 | L | | |
| 21. BBH Core Select N | G | Int./Div. | P1 | T | | | | | |
| 22. Berkshire Hathaway Inc Del Cl A | | None | P2 | T | | | | | |
| 23. Berkshire Hathaway Inc Del B | | None | L | T | | | | | |
| 24. First Eagle Global Inst CL I | E | Int./Div. | O | T | | | | | |
| 25. FPA Crescent | D | Int./Div. | M | T | | | | | |
| 26. JPMorgan Strategic Income Opportunities Fund I Class (X) | D | Int./Div. | N | T | | | | | |
| 27. JPMorgan Strategic Income Opports Sel (Y) | | | | | | | | | |
| 28. Parnassus Core Equity Fund-Institutional Shares | E | Int./Div. | N | T | | | | | |
| 29. Salient MLP & Energy Infrastructure I | C | Int./Div. | J | T | Buy | 05/31/17 | M | | |
| 30. | | | | | Sold (part) | 12/18/17 | L | A | |
| 31. Schwab NY AMT Tax-Free Money Fund | A | Int./Div. | K | T | | | | | |
| 32. WCM Focused International Growth Instl | B | Int./Div. | O | T | | | | | |
| 33. Wisdom Tree LargeCap Dividend Fund | E | Int./Div. | P1 | T | | | | | |
| 34. Energy Select Sector SPDR | | None | | | Sold (part) | 02/09/17 | M | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Engelmayer, Paul A. | 01/25/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold | 05/31/17 | L | A | |
| 36. Victory Global Natural Resources Fund | | None | | | Sold | 05/31/17 | K | A | |
| 37. Brokerage #5 (H) | | | | | | | | | |
| 38. Brookhaven NY Go Ser Bds Ser 2017 4% 04/15/2026 (113152XN7) | A | Int./Div. | M | T | Buy | 04/19/17 | M | | |
| 39. Erie Cnty Ny Indl Dev Agy Sch Fac 5% 05/01/2026 (29509PJF7) | B | Int./Div. | L | T | Buy | 02/28/17 | L | | |
| 40. Hudson Yds Infrastructure Corp 5% 02/15/2029 (44420RAQ3) | B | Int./Div. | M | T | Buy | 05/24/17 | M | | |
| 41. Long Island Pwr Authn Y Elec Sys Rev (5426902H4) | C | Int./Div. | M | T | | | | | |
| 42. Met Transprtn Auth NY Revenue 5% 11/15/2026 (59261APW1) | | None | L | T | Buy | 11/22/17 | L | | |
| 43. Metropolitan Trans Auth NY Rev 5% 11/15/2017 (59261AJM0) | D | Int./Div. | M | T | | | | | |
| 44. Metropolitan Transn Auth N Y Dedicated (59259NR54) | D | Int./Div. | M | T | | | | | |
| 45. Metropolitan Transn Auth N Y Rev 5% 11/15/2028 (59261ANL7) | A | Int./Div. | M | T | Buy | 09/22/17 | M | | |
| 46. Metropolitan Transn Auth NY Dedicated (59259N2G7) | C | Int./Div. | L | T | | | | | |
| 47. Metropolitan Transn Auth NY Rev (59259Y6K0) | C | Int./Div. | M | T | | | | | |
| 48. New York City Transitional (64971QXQ1) | C | Int./Div. | M | T | | | | | |
| 49. New York City Transitional Fin 5% 08/01/2029 (64971WR36) | C | Int./Div. | L | T | | | | | |
| 50. New York N Y Go Bds Ser. H (64966JJ80) | B | Int./Div. | L | T | | | | | |
| 51. New York NY City Transitional Fin Auth Rev Future Tax Secured Subord | C | Int./Div. | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Engelmayer, Paul A. | 01/25/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. New York St Dorm Auth Revs St (64990HMQ0) | D | Int./Div. | M | T | | | | | |
| 53. New York St Dorm Auth Revs St (64990HPC8) | | None | L | T | | | | | |
| 54. New York St Dorm Auth Sales Tax Rev (64990AAL9) | C | Int./Div. | M | T | | | | | |
| 55. New York St Dorm Auth St Pers Income (64990ECG0) | D | Int./Div. | L | T | | | | | |
| 56. New York St Dorm Auth St Pers Income (64990EDF1) | | None | M | T | | | | | |
| 57. New York St Dorm Auth St Pers Income (64990EX85) | | None | K | T | Sold (part) | 12/05/17 | K | A | |
| 58. New York St Dorm Auth St Pers Income Rev Bds 5% 02/15/2028 (64990E4V6) | C | Int./Div. | M | T | Buy | 01/06/17 | M | | |
| 59. New York St Twy Authgen Rev Gen Rev Bds (650009YC1) | C | Int./Div. | M | T | | | | | |
| 60. New York St. Dorm Auth Sales Tax 5% 03/15/2031 (64990AFB6) | A | Int./Div. | K | T | Buy (add'l) | 04/11/17 | K | | |
| 61. New York St. Dorm Auth St. Pers Income 5% 02/15/2027 (64990E4U8) | C | Int./Div. | M | T | | | | | |
| 62. New York St. Urban Dev 5% 03/15/2029 (6500353S5) | B | Int./Div. | M | T | Buy | 03/21/17 | M | | |
| 63. Schwab NY AMT Tax-Free Money Fund (SWNXX) | A | Int./Div. | J | T | | | | | |
| 64. Triborough Brdg & Tunl Auth N Y Revs 05 (89602NYB4) | D | Int./Div. | L | T | | | | | |
| 65. Triborough Brdg & Tunl Auth N Y Revs 05 (89602NZE7) | | None | L | T | | | | | |
| 66. Triborough Brdg & Tunl Auth Ny 4% 11/15/2027 (89602RCJ2) | | None | M | T | Buy | 11/13/17 | M | | |
| 67. Triborough Brdg & Tunl Auth NY 5% 11/15/2027 (89602NH64) | C | Int./Div. | M | T | Buy | 02/17/17 | M | | |
| 68. New York N Y Go Bds Ser. Fiscal 2014 D-1 (64966K3U5) | | None | | | Sold | 01/04/17 | M | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Engelmayer, Paul A. | 01/25/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. New York St. Dorm Auth Sales Tax Rev 5% 03/15/2027 (64990AEX9) | | None | | | Sold | 01/17/17 | M | A | |
| 70. New York ST Dorm Auth Rev Non ST (649906PS7) | | None | | | Sold | 02/17/17 | M | A | |
| 71. New York NY City Transitional Fin (64971WC24) | | None | | | Sold | 03/21/17 | M | A | |
| 72. Maine Mun Bd Bk Ref Ser. 2010C (5604595S4) | | None | | | Sold | 04/12/17 | K | A | |
| 73. New York St Dorm Auth Revs Non St (649906QE7) | | None | | | Sold | 04/19/17 | M | A | |
| 74. New York NY City Transitional Fin (64972HTN2) | | None | | | Sold | 09/22/17 | M | A | |
| 75. New York N Y Go Bds Ser. Fiscal 2014 D-1 (64966K3X9) | | None | | | Sold | 11/13/17 | M | B | |
| 76. IRA #1 (H) | | | | | | | | | |
| 77. -Aberdeen Emerging Markets Instl | A | Int./Div. | K | T | | | | | |
| 78. BBH Core Select N | D | Int./Div. | L | T | | | | | |
| 79. Salient MLP & Energy Infrastructure I | A | Int./Div. | K | T | Buy | 06/01/17 | K | | |
| 80. WCM Focused International Growth Instl | A | Int./Div. | K | T | | | | | |
| 81. Carillon Reams Unconstrained Bond I (X) | A | Int./Div. | K | T | | | | | |
| 82. Scout Unconstrained Bond Instl (Y) | | | | | | | | | |
| 83. First Eagle Global Inst CL I | A | Int./Div. | J | T | | | | | |
| 84. Victory Global Natural Resources Fund | | None | | | Sold | 05/31/17 | K | D | |
| 85. IRA #3 (H) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Engelmayer, Paul A. | 01/25/2019 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Aberdeen Emerging Markets Instl | A | Int./Div. | K | T | | | | | |
| 87. BBH Core Select N | C | Int./Div. | K | T | | | | | |
| 88. Carillon Reams Unconstrained Bond I (X) | A | Int./Div. | K | T | | | | | |
| 89. Scout Unconstrained Bond Instl (Y) | | | | | | | | | |
| 90. First Eagle Global Inst CL I | A | Int./Div. | J | T | | | | | |
| 91. Salient MLP & Energy Infrastructure I | A | Int./Div. | J | T | Buy | 06/01/17 | J | | |
| 92. Victory Global Natural Resources Fund | | None | | | Sold | 05/31/17 | J | A | |
| 93. IRA #4 (H) | | | | | | | | | |
| 94. Carillon Reams Unconstrained Bond I (X) | B | Int./Div. | M | T | Sold (part) | 11/15/17 | J | A | |
| 95. Scout Unconstrained Bond Instl (Y) | | | | | | | | | |
| 96. Salient MLP & Energy Infrastructure I | B | Int./Div. | L | T | Buy | 06/01/17 | L | | |
| 97. Victory Global Natural Resources Fund | | None | | | Sold | 05/31/17 | L | B | |
| 98. IRA #5 (H) | | | | | | | | | |
| 99. -Aberdeen Emerging Markets Instl | A | Int./Div. | K | T | | | | | |
| 100. Carillon Reams Unconstrained Bond I (X) | A | Int./Div. | K | T | Sold (part) | 11/15/17 | J | A | |
| 101. Scout Unconstrained Bond Instl (Y) | | | | | | | | | |
| 102. IRA #6 (H) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. BlackGold Opportunity Offshore Fund, LTD | | None | N | T | | | | | |
| 104. FPA Crescent | D | Int./Div. | M | T | Sold (part) | 06/16/17 | K | A | |
| 105. JPMorgan Strategic Income Opportunities Fund I Class (X) | D | Int./Div. | M | T | Sold (part) | 04/07/17 | K | A | |
| 106. | | | | | Sold (part) | 04/10/17 | J | A | |
| 107. JPMorgan Strategic Income Opports Sel (Y) | | | | | | | | | |
| 108. Schwab Advisor Cash Reserves Premier Sweep | A | Int./Div. | M | T | | | | | |
| 109. Trust #1 (H) | | | | | | | | | |
| 110. BBH Core Select N | C | Int./Div. | K | T | | | | | |
| 111. Berkshire Hathaway Inc Del B | | None | L | T | | | | | |
| 112. BlackRock Strategic Income Opportunities Portfolio Institutional Share | B | Int./Div. | K | T | | | | | |
| 113. Coho Relative Value Eqty Fd Instl | A | Int./Div. | K | T | | | | | |
| 114. Credit Suisse Floating Rate Hi Inc A | A | Int./Div. | J | T | | | | | |
| 115. First Eagle Global Inst CL I | B | Int./Div. | K | T | | | | | |
| 116. FPA Crescent | A | Int./Div. | K | T | | | | | |
| 117. iShares MSCI Emerging Market Index Fund | A | Int./Div. | K | T | | | | | |
| 118. iShares Tr S&P 400 BARRA Midcap Growth | A | Int./Div. | J | T | | | | | |
| 119. Schwab Municipal Money Fund Sweep Shares | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Templeton Global Bond Fund Cl A | | None | | | Sold | 08/17/17 | J | A | |
| 121. Templeton Global Bond Fund Advisor Class | A | Int./Div. | J | T | Buy | 08/17/17 | J | | |
| 122. WCM Focused International Growth Instl | A | Int./Div. | K | T | Buy (add'l) | 06/01/17 | J | | |
| 123. Wisdom Tree LargeCap Dividend Fund | A | Int./Div. | K | T | | | | | |
| 124. WisdomTree MidCap Dividend | A | Int./Div. | J | T | Sold (part) | 11/14/17 | J | | |
| 125. Energy Select Sector SPDR | | None | | | Sold | 05/31/17 | J | A | |
| 126. Prudential Jennison Natural Resources Fund Cl Z | | None | | | Sold | 05/31/17 | J | A | |
| 127. Trust #2 (H) | | | | | | | | | |
| 128. BBH Core Select N | B | Int./Div. | J | T | | | | | |
| 129. Berkshire Hathaway Inc Del B | | None | L | T | | | | | |
| 130. BlackRock Strategic Income Opportunities Portfolio Institutional Share | B | Int./Div. | K | T | | | | | |
| 131. Coho Relative Value Eqty Fd Instl | A | Int./Div. | K | T | | | | | |
| 132. Credit Suisse Floating Rate Hi Inc A | A | Int./Div. | J | T | | | | | |
| 133. First Eagle Global Inst CL I | A | Int./Div. | J | T | | | | | |
| 134. FPA Crescent | A | Int./Div. | J | T | | | | | |
| 135. iShares MSCI Emerging Market Index Fund | A | Int./Div. | J | T | | | | | |
| 136. iShares Tr S&P 400 BARRA Midcap Growth | A | Int./Div. | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Engelmayer, Paul A. | 01/25/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Schwab Municipal Money Fund Sweep Shares | A | Int./Div. | J | T | | | | | |
| 138. Templeton Global Bond Fund Cl A | | None | | | Sold | 08/17/17 | J | A | |
| 139. Templeton Global Bond Fund Advisor Class | A | Int./Div. | J | T | Buy | 08/17/17 | J | | |
| 140. WCM Focused International Growth Instl | A | Int./Div. | J | T | Buy (add'l) | 06/01/17 | J | | |
| 141. Wisdom Tree LargeCap Dividend Fund | A | Int./Div. | K | T | Buy (add'l) | 01/03/17 | J | | |
| 142. WisdomTree U.S. MidCap Dividend | A | Int./Div. | J | T | Buy (add'l) | 01/03/17 | J | | |
| 143. | | | | | Sold (part) | 11/14/17 | J | A | |
| 144. Prudential Jennison Natural Resources Fund Cl Z | | None | | | Sold | 05/31/17 | J | A | |
| 145. UTMA #1 (H) | | | | | | | | | |
| 146. Aberdeen Emerging Markets Instl | A | Int./Div. | J | T | | | | | |
| 147. First Eagle Global Inst CL I | A | Int./Div. | J | T | | | | | |
| 148. Schwab NY AMT Tax-Free Money Fund | | None | J | T | | | | | |
| 149. Templeton Global Bond Fund Cl A | | None | | | Sold | 08/17/17 | J | A | |
| 150. Templeton Global Bond Fund Advisor Class | A | Int./Div. | K | T | Buy | 08/17/17 | K | | |
| 151. WCM Focused International Growth Instl | A | Int./Div. | J | T | Buy | 06/01/17 | J | | |
| 152. Wisdom Tree LargeCap Dividend Fund | A | Int./Div. | J | T | | | | | |
| 153. WisdomTree U.S. MidCap Dividend | A | Int./Div. | J | T | Sold (part) | 11/14/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Engelmayer, Paul A. | 01/25/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  Energy Select Sector SPDR | | None | | | Sold | 05/31/17 | J | A | |
| 155.  Prudential Jennison Natural Resources Fund Cl Z | | None | | | Sold | 05/31/17 | J | A | |
| 156.  UTMA #2 (H) | | | | | | | | | |
| 157.  Aberdeen Emerging Markets Instl | A | Int./Div. | J | T | Buy (add'l) | 06/01/17 | J | | |
| 158.  Berkshire Hathaway Inc Del B | | None | L | T | | | | | |
| 159.  First Eagle Global Inst CL I | B | Int./Div. | K | T | | | | | |
| 160.  Schwab NY AMT Tax-Free Money Fund | | None | J | T | | | | | |
| 161.  Wisdom Tree LargeCap Dividend Fund | A | Int./Div. | K | T | | | | | |
| 162.  Prudential Jennison Natural Resources Fund Cl Z | | None | | | Sold | 05/31/17 | J | A | |
| 163.  UTMA #3 (H) | | | | | | | | | |
| 164.  -Aberdeen Emerging Markets Instl | A | Int./Div. | J | T | | | | | |
| 165.  First Eagle Global Inst CL I | A | Int./Div. | J | T | | | | | |
| 166.  Schwab NY AMT Tax-Free Money Fund | A | Int./Div. | J | T | | | | | |
| 167.  Templeton Global Bond Fund Cl A | | None | | | Sold | 08/17/17 | K | A | |
| 168.  Templeton Global Bond Fund Advisor Class | A | Int./Div. | K | T | Buy | 08/17/17 | K | | |
| 169.  WCM Focused International Growth Instl | A | Int./Div. | J | T | Buy | 06/01/17 | J | | |
| 170.  Wisdom Tree LargeCap Dividend Fund | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  WisdomTree U.S. MidCap Dividend | A | Int./Div. | J | T | Sold (part) | 11/14/17 | J | A | |
| 172.  Energy Select Sector SPDR | | None | | | Sold | 05/31/17 | J | A | |
| 173.  Prudential Jennison Natural Resources Fund Cl Z | | None | | | Sold | 05/31/17 | J | A | |
| 174.  UTMA #4 (H) | | | | | | | | | |
| 175.  -Aberdeen Emerging Markets Instl | A | Int./Div. | J | T | Buy (add'l) | 06/01/17 | J | | |
| 176.  -Berkshire Hathaway Inc Del B | | None | L | T | | | | | |
| 177.  First Eagle Global Inst CL I | B | Int./Div. | K | T | | | | | |
| 178.  Schwab NY AMT Tax-Free Money Fund | | None | J | T | | | | | |
| 179.  Wisdom Tree LargeCap Dividend Fund | A | Int./Div. | K | T | | | | | |
| 180.  Prudential Jennison Natural Resources Fund Cl Z | | None | | | Sold | 05/31/17 | J | A | |
| 181.  529 Plan #1 (H) | | | | | | | | | |
| 182.  New York Saves Bond Market Index Portfolio | | None | | | Sold | 02/14/17 | K | B | |
| 183.  New York Saves Growth Stock Index Portfolio | | None | K | T | Buy (add'l) | 02/14/17 | J | | |
| 184.  New York Saves Interest Accumulation Portfolio | | None | L | T | Sold (part) | 01/23/17 | J | A | |
| 185. | | | | | Sold (part) | 01/30/17 | J | A | |
| 186. | | | | | Buy (add'l) | 02/14/17 | J | | |
| 187. | | | | | Sold (part) | 07/03/17 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Engelmayer, Paul A. | 01/25/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. New York Saves Value Stock Index Portfolio | | None | K | T | Sold (part) | 02/14/17 | J | A | |
| 189. New York Saves Inflation Protected Portfolio | | None | L | T | Buy | 02/14/17 | K | | |
| 190. 529 Plan #2 (H) | | | | | | | | | |
| 191. New York Saves Aggressive Growth Portfolio | | None | L | T | Sold (part) | 07/11/17 | J | A | |
| 192. New York Saves Interest Accumulation Portfolio | | None | L | T | Sold (part) | 07/11/17 | J | A | |
| 193. New York Saves Mid Cap Stock Index Portfolio | | None | J | T | Sold (part) | 07/11/17 | J | A | |
| 194. New York Saves Developed Markets Income Portfolio | | None | J | T | Sold (part) | 07/11/17 | J | A | |
| 195. 529 Plan #3 (H) | | | | | | | | | |
| 196. New York Saves Aggressive Growth Portfolio | | None | K | T | | | | | |
| 197. New York Saves Interest Accumulation Portfolio | | None | M | T | | | | | |
| 198. New York Saves Mid Cap Stock Index Portfolio | | None | K | T | | | | | |
| 199. New York Saves Developed Markets Income Portfolio | | None | K | T | | | | | |
| 200. 529 Plan #4 (H) | | | | | | | | | |
| 201. New York Saves Bond Market Index Portfolio | | None | | | Sold | 02/14/17 | K | B | |
| 202. New York Saves Growth Stock Index Portfolio | | None | L | T | Sold (part) | 02/14/17 | J | A | |
| 203. New York Saves Interest Accumulation Portfolio | | None | L | T | Buy (add'l) | 02/14/17 | J | | |
| 204. New York Saves Value Stock Index Portfolio | | None | L | T | Sold (part) | 02/14/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Engelmayer, Paul A. | 01/25/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. New York Saves Inflation Protected Portfolio | | None | K | T | Buy | 02/14/17 | K | | |
| 206. Teachers Retirement System of NY 403(b) (H) | | | | | | | | | |
| 207. Diversified Equity | | None | M | T | | | | | |
| 208. Stable Value | | None | M | T | | | | | |
| 209. International Equity | | None | L | T | | | | | |
| 210. Citibank Checking Account (H) | | None | L | T | | | | | |
| 211. Chase Checking Account (H) | | None | K | T | | | | | |
| 212. Estate #2- Checking Account A (H) | | | | | | | | | |
| 213. Chase Checking Account | | None | L | T | | | | | |
| 214. Brokerage #7 (H) | | | | | | | | | |
| 215. -CapitalSpring Direct Lending Partners, LP (Priv Equity) | A | Distribution | O | T | | | | | |
| 216. Brokerage #8 (H) | | | | | | | | | |
| 217. Alerian MLP ETF | | None | M | T | Buy | 12/18/17 | M | | |
| 218. Baron Growth | C | Int./Div. | K | T | | | | | |
| 219. -BBH Core Select N | D | Int./Div. | M | T | | | | | |
| 220. Berkshire Hathaway Inc Del B | | None | L | T | Sold (part) | 02/14/17 | J | D | |
| 221. | | | | | Sold (part) | 03/02/17 | J | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Engelmayer, Paul A. | 01/25/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Sold (part) | 08/08/17 | J | D | |
| 223. | | | | | Sold (part) | 10/02/17 | J | D | |
| 224. | | | | | Sold (part) | 12/04/17 | J | D | |
| 225. East Hampton Twn N Ypub Impt Go Bds Ser (y) | | | | | | | | | |
| 226. Fidelity Contrafund | C | Int./Div. | L | T | | | | | |
| 227. Fidelity Low-Priced Stock Fund | B | Int./Div. | K | T | | | | | |
| 228. Royce Total Return Fund | C | Int./Div. | K | T | | | | | |
| 229. Salient MLP & Energy Infrastructure I | D | Int./Div. | J | T | Buy | 05/31/17 | M | | |
| 230. | | | | | Sold (part) | 12/18/17 | M | A | |
| 231. Schwab NY AMT Tax-Free Money Fund | A | Int./Div. | M | T | | | | | |
| 232. SPDR S&P 500 ETF (X) | B | Int./Div. | L | T | | | | | |
| 233. SPDR S&P MidCap 400 ETF (X) | A | Int./Div. | K | T | | | | | |
| 234. S&P 500 Depository Receipt (Y) | | | | | | | | | |
| 235. Midcap SPDR Trust Series 1 (Y) | | | | | | | | | |
| 236. Tweedy Browne Global Value Fund | A | Int./Div. | K | T | | | | | |
| 237. Victory Global Natural Resources Fund | | None | | | Sold | 05/31/17 | M | F | |
| 238. IRA #7 (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Engelmayer, Paul A. | 01/25/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239.  -Aberdeen Emerging Markets Instl | B | Int./Div. | M | T | Sold (part) | 11/15/17 | K | A | |
| 240.  -BBH Core Select N | D | Int./Div. | L | T | Sold (part) | 11/15/17 | J | B | |
| 241.  Carillon Reams Unconstrained Bond I (x) | C | Int./Div. | M | T | | | | | |
| 242.  Scout Unconstrained Bonds Instl (Y) | | | | | | | | | |
| 243.  First Eagle Global Inst CL I | D | Int./Div. | N | T | | | | | |
| 244.  Salient MLP & Energy Infrastructure I | B | Int./Div. | L | T | Buy | 06/01/17 | L | | |
| 245.  Victory Global Natural Resources Fund | | None | | | Sold | 05/31/17 | L | E | |
| 246.  IRA #8 (H) | | | | | | | | | |
| 247.  -BBH Core Select N | D | Int./Div. | L | T | Sold (part) | 11/15/17 | J | A | |
| 248.  Carillon Reams Unconstrained Bond I (x) | B | Int./Div. | L | T | | | | | |
| 249.  Scout Unconstrained Bonds Instl (Y) | | | | | | | | | |
| 250.  First Eagle Global Inst CL I | C | Int./Div. | L | T | | | | | |
| 251.  Trust #3 (H) | | | | | | | | | |
| 252.  Fidelity 500 Index Premium Class (X) | A | Int./Div. | K | T | Sold (part) | 10/11/17 | J | A | |
| 253.  Fidelity Total MKT Index Premium CL | A | Int./Div. | J | T | Sold (part) | 10/11/17 | J | A | |
| 254.  Fidelity Contrafund | B | Int./Div. | K | T | | | | | |
| 255.  Fidelity Low Price Stock | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. Fidelity Municipal Money Market (Y) | | | | | | | | | |
| 257. BBH Core Select Fund | B | Int./Div. | J | T | | | | | |
| 258. BlackRock Global Allocation Fd Instl | A | Int./Div. | J | T | Sold (part) | 10/11/17 | J | A | |
| 259. Glenmede Large Cap Core | A | Int./Div. | J | T | | | | | |
| 260. BlackRock Strategic Muni Opportunities I | A | Int./Div. | K | T | Sold (part) | 10/11/17 | J | A | |
| 261. Deutsche Intermediate Tax/Amt Free Fd Instl | A | Int./Div. | J | T | Sold (part) | 02/02/17 | J | A | |
| 262. Vanguard Intermediate Tax Exempt Admiral | A | Int./Div. | J | T | Sold (part) | 02/02/17 | J | A | |
| 263. Vanguard Limited Term Tax Exempt Admiral | A | Int./Div. | J | T | | | | | |
| 264. SPDR S&P 500 ETF Trust | A | Int./Div. | J | T | | | | | |
| 265. SPDR S&P Midcap 400 ETF Trust | A | Int./Div. | J | T | | | | | |
| 266. iShares IBOXX Investment Grade | A | Int./Div. | K | T | Buy | 02/07/17 | J | | |
| 267. Trust #4 (H) | | | | | | | | | |
| 268. Chase Checking Account | | None | J | T | | | | | |
| 269. UTMA (#5) (H) | | | | | | | | | |
| 270. Aberdeen Emerging Markets Instl | A | Int./Div. | J | T | Buy | 06/01/17 | J | | |
| 271. JPMorgan Strategic Income Opportunities Fund I Class (X) | A | Int./Div. | J | T | | | | | |
| 272. JPMorgan Strategic Income Opports SEL (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. Schwab Advisor Cash Reserves Premier Sweep | A | Int./Div. | J | T | | | | | |
| 274. SPDR Bloomberg Barclays 1-3 Month T Bill ETF | A | Int./Div. | J | T | Sold (part) | 12/01/17 | J | A | |
| 275. Wisdom Tree LargeCap Dividend Fund | A | Int./Div. | J | T | | | | | |
| 276. Prudential Jennison Natural Resources Fund Cl Z (x) | | None | | | Sold | 05/31/17 | J | A | |
| 277. UTMA (#6) (H) | | | | | | | | | |
| 278. First Trust Dow Jones Internet Index | A | Int./Div. | J | T | | | | | |
| 279. JPMorgan Strategic Income Opportunities Fund I Class (X) | A | Int./Div. | J | T | | | | | |
| 280. JPMorgan Strategic Income Opports SEL (Y) | | | | | | | | | |
| 281. Schwab Advisor Cash Reserves Premier Sweep | A | Int./Div. | J | T | | | | | |
| 282. SPDR Bloomberg Barclays 1-3 Month T Bill ETF | A | Int./Div. | J | T | | | | | |
| 283. Wisdom Tree LargeCap Dividend Fund | A | Int./Div. | J | T | | | | | |
| 284. Prudential Jennison Natural Resources Fund Cl Z (x) | | None | | | Sold | 05/31/17 | J | A | |
| 285. Trust #5 (H) | | | | | | | | | |
| 286. BBH Core Select N | C | Int./Div. | K | T | | | | | |
| 287. Berkshire Hathaway Inc Del B | | None | K | T | | | | | |
| 288. BlackRock Strategic Income Opps Instl | A | Int./Div. | K | T | | | | | |
| 289. Carillon Reams Unconstrained Bond I (X) | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Engelmayer, Paul A. | 01/25/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. Scout Unconstrained Bonds Instl (Y) | | | | | | | | | |
| 291. Coho Relative Value Equity Advisor | B | Int./Div. | K | T | | | | | |
| 292. Credit Suisse Floating Rate Hi Inc A | A | Int./Div. | K | T | | | | | |
| 293. First Eagle Global Inst CL 1 | A | Int./Div. | J | T | | | | | |
| 294. FPA Crescent | B | Int./Div. | K | T | | | | | |
| 295. iShares MSCI Emerging Market Index Fund | A | Int./Div. | J | T | | | | | |
| 296. iShares Tr S&P 400 BARRA Midcap Growth | A | Int./Div. | J | T | | | | | |
| 297. New York Go Bds Ser 2009-F1 4.5% 11/15/2018 | A | Int./Div. | J | T | Buy | 03/24/17 | J | | |
| 298. New York Go Bds Ser D 5% 08/01/2018 | A | Int./Div. | J | T | | | | | |
| 299. New York St. Twy Auth St Pers Income Tax 5% 03/15/2018 | A | Int./Div. | J | T | Buy | 03/31/17 | J | | |
| 300. Onondaga Cnty Ny Go Bds Ser 2009A 4% 03/01/2019 | A | Int./Div. | J | T | Buy | 03/28/17 | J | | |
| 301. Onondaga Cnty Ny Go Bds Ser 2012 5% 05/01/2018 | A | Int./Div. | J | T | Buy | 03/31/17 | J | | |
| 302. Salient MLP & Energy Infrastructure I | B | Int./Div. | K | T | Buy | 05/31/17 | K | | |
| 303. Schwab NY AMT Tax-Free Money Fund | A | Int./Div. | K | T | | | | | |
| 304. Templeton Global Bond Fund Cl A | A | Int./Div. | J | T | | | | | |
| 305. WCM Focused International Growth Instl | A | Int./Div. | K | T | | | | | |
| 306. Wisdom Tree LargeCap Dividend Fund | A | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Engelmayer, Paul A. | 01/25/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. WisdomTree U.S. MidCap Dividend | A | Int./Div. | J | T | Sold (part) | 11/14/17 | J | A | |
| 308. Energy Select Sector SPDR | | None | | | Sold | 05/31/17 | K | A | |
| 309. Prudential Jennison Natural Resources Fund Cl Z | | None | | | Sold | 05/31/17 | J | A | |
| 310. Victory Global Natural Resources Fund | | None | | | Sold | 05/31/17 | J | B | |
| 311. Trust #6 (H) | | | | | | | | | |
| 312. BBH Core Select N | D | Int./Div. | K | T | | | | | |
| 313. Berkshire Hathaway Inc Del B | | None | K | T | | | | | |
| 314. BlackRock Strategic Income Opps Instl | A | Int./Div. | K | T | | | | | |
| 315. Carillon Reams Unconstrained Bond I (x) | A | Int./Div. | J | T | | | | | |
| 316. Scout Unconstrained Bonds Instl (y) | | | | | | | | | |
| 317. Coho Relative Value Equity Advisor | B | Int./Div. | K | T | | | | | |
| 318. Credit Suisse Floating Rate Hi Inc A | A | Int./Div. | K | T | | | | | |
| 319. First Eagle Global Inst CL I | B | Int./Div. | K | T | | | | | |
| 320. FPA Crescent | B | Int./Div. | L | T | | | | | |
| 321. iShares MSCI Emerging Market Index Fund | A | Int./Div. | J | T | | | | | |
| 322. iShares Tr S&P 400 BARRA Midcap Growth | A | Int./Div. | J | T | | | | | |
| 323. New York Go Bds Ser 2009-F1 4.5% 11/15/2018 | A | Int./Div. | J | T | Buy | 03/24/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Engelmayer, Paul A. | 01/25/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. New York Go Bds Ser D 5% 08/01/2018 | A | Int./Div. | J | T | | | | | |
| 325. New York St. Twy Auth St Pers Income Tax 5% 03/15/2018 | A | Int./Div. | J | T | Buy | 03/31/17 | J | | |
| 326. Onondaga Cnty Ny Go Bds Ser 2009A 4% 03/01/2019 | A | Int./Div. | J | T | Buy | 03/28/17 | J | | |
| 327. Onondaga Cnty Ny Go Bds Ser 2012 5% 05/01/2018 | A | Int./Div. | J | T | Buy | 03/31/17 | J | | |
| 328. Salient MLP & Energy Infrastructure I | B | Int./Div. | K | T | Buy | 05/31/17 | K | | |
| 329. Schwab NY AMT Tax-Free Money Fund | A | Int./Div. | K | T | | | | | |
| 330. Templeton Global Bond Fund Cl A | | None | | | Sold | 08/17/17 | J | A | |
| 331. Templeton Global Bond Fund Advisor Class | A | Int./Div. | J | T | Buy | 08/17/17 | J | | |
| 332. WCM Focused International Growth Instl | A | Int./Div. | K | T | Buy (add'l) | 06/01/17 | J | | |
| 333. Wisdom Tree LargeCap Dividend Fund | A | Int./Div. | K | T | | | | | |
| 334. WisdomTree U.S. MidCap Dividend | A | Int./Div. | | | Sold | 11/14/17 | J | A | |
| 335. Energy Select Sector SPDR | | None | | | Sold | 05/31/17 | K | A | |
| 336. Prudential Jennison Natural Resources Fund Cl Z | | None | | | Sold | 05/31/17 | J | A | |
| 337. Victory Global Natural Resources Fund | | None | | | Sold | 05/31/17 | J | B | |
| 338. IRA #9 (H) | | | | | | | | | |
| 339. CapitalSpring Investment Partners V Parallel III, LP | D | Distribution | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Engelmayer, Paul A. | 01/25/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In response to Committee's request for additional information regarding line 237 from the prior (2016) report that listed "BlackRock Strategic Muni Opportunities I" within Trust #3, but did not list the asset in the current (2017) report.

This asset should have been inserted in place of line 260 that listed the asset as "BlackRock National Muni Fund Instl". "BlackRock National Muni Fund Instl" was sold in its entirety as displayed in the 2016 report, however it was incorrectly included in the 2017 report.

The report has been amended to include "BlackRock Strategic Muni Opportunities I" in line 260 of the current (2017) report. Asset, "BlackRock National Muni Fund Instl" has been removed from the current (2017) report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Paul A. Engelmayer**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544